

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATRINA MARIE CROWEL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MAGELLAN HRSC, INC., an Ohio corporation; MAGELLAN HEALTH, INC., a Delaware corporation; and DOES 1 THROUGH 20,<br><br>Defendants. | Case No.:  3:25-cv-02048-RBM-MMP<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS PLAINTIFF'S WAGE AND HOUR CLAIMS WITHOUT PREJUDICE**<br><br>**[Doc. 19]** |

Before the Court is the Parties' Joint Stipulation to Dismiss Plaintiff's Wage and Hour Claims Without Prejudice ("Joint Motion").  (Doc. 19.)  In the Joint Motion, the Parties "stipulate to dismiss Plaintiff's Ninth through Fourteenth Causes of Action ('Wage and Hour Claims'), as alleged in Plaintiff's Civil Action Complaint . . . without prejudice." (*Id.* at 2.)  The Parties also represent that "Defendants agree to waive costs and attorneys' fees associated solely with the above-referenced wage and hour claims in exchange for Plaintiff's agreement with this stipulation." (*Id.*)

1

The Court **GRANTS** the Joint Motion (Doc. 19). Accordingly, Plaintiff's Ninth (Failure to Pay Wages), Tenth (Failure to Pay Minimum Wages), Eleventh (Failure to Pay Overtime Compensation), Twelfth (Failure to Provide Meal Periods), Thirteenth (Waiting Time Penalties), and Fourteenth (Unfair Competition) Claims for Relief (Doc. 1-2 ¶¶ 124–160) are **DISMISSED without prejudice**.

**IT IS SO ORDERED.**

DATE: January 22, 2026

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE